# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00858-CV

---

**Luis Alberto Vences, Appellant**

**v.**

**Marissa Garcia Robledo, Evangelina Robledo, Andrew Emerito Costilla,
James Stephen Sustaita, and Mary Prado, Appellees**

---

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-08-001000, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Luis Alberto Vences attempts to appeal from a district court's order continuing a child-support enforcement hearing. Specifically, he asks "that the enforcement actions [against him] be stayed pending the results of the appeal in Cause No. 03-19-00828." Cause No. 03-19-00828-CV is Vences's appeal from the district court's denial of his petition for bill of review challenging a 2009 order awarding child support to Marissa Garcia Robledo. That 2009 order serves as the basis of the enforcement action Vences now seeks to stay. We recently disposed of cause No. 03-19-00828-CV, affirming the district court's denial of Vences's petition for bill of review, *see Vences v. Robledo*, No. 03-19-00828-CV (Tex. App.—Austin Aug. 27, 2020, no pet. h.) (mem. op.), and that appeal is no longer pending before this Court. As such, any stay of the enforcement proceedings pending the outcome of that appeal would have no effect on the parties. *See Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012). Accordingly,

we must dismiss this appeal for want of jurisdiction. *See Texas Quarter Horse Ass'n v. American Legion Dep't*, 496 S.W.3d 175, 182 (Tex. App.—Austin 2016, no pet.). We therefore dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

_____

Edward Smith, Justice

Before Justices Goodwin, Triana, and Smith

Dismissed for Want of Jurisdiction

Filed:   August 28, 2020

2